**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**JAMES VAN MEERTEN**,

*Petitioner*,

v. Civ. No. 2:24-cv-02771-BCL-atc

**WARDEN, FCC COLEMAN**,

*Respondent*.

---

**ORDER DIRECTING PETITIONER TO NOTIFY THE CLERK OF COURT OF PETITIONER'S UPDATED ADDRESS**

---

Before the Court is the issue of Petitioner James Van Meerten's failure to keep the Clerk informed of his whereabouts in this proceeding under 28 U.S.C. § 2241.

Petitioner was sentenced on December 7, 2017 in the United States District Court for the Middle District of Florida to a term of 108 months of imprisonment for conspiracy to distribute and possession with intent to distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(b)(1)(A). Doc. 21-1 at 1. From January 16, 2018 through May 25, 2022, he was held at the Federal Correctional Institution in Coleman, Florida under Federal Bureau of Prisons ("BOP") register number 69301-018. *Id.* at 2, 11-12.

On June 25, 2024, Petitioner filed with the United States District Court for the Middle District of Florida a *pro se* motion for a writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. When he did so, he was confined at the Federal Correctional Institution in Memphis, Tennessee. *Id*. at 2; Doc. 1-1 at 9. On July 15, 2024, he filed the Amended Petition, which is the operative habeas petition in this case. Doc. 3.

On October 8, 2024, the Middle District of Florida transferred the case to this Court. Doc. 9. On August 4, 2025, Chief Judge Lipman of this Court[1] ordered Respondent to file a response to the Petition. Doc. 16. Respondent filed a motion to dismiss the Amended Petition or, in the alternative, for summary judgment on September 12, 2025. Doc. 21. The Court then ordered Respondent to supplement the record (Doc. 23), which he did on June 22, 2026. Doc. 24.

On July 8, 2026, Petitioner notified the Clerk of Petitioner's updated address at the Federal Correctional Complex-Low in Petersburg, Virginia (Doc. 26) and filed a motion to amend the Amended Petition with a new habeas claim, a response to the MTD, and a response to the MTD Supplement. Doc. 25. On July 16, 2026, the Court ordered Respondent to respond to the Motion to Amend (Doc. 27), which Respondent filed on July 31, 2026. Doc. 28.

On August 21, 2026, the copy of Respondent's Response that had been sent to Petitioner was returned undeliverable. Doc. 29. On August 25, 2026, Respondent filed a Notice of Second Attempt to Serve Petitioner with Respondent's Response in Opposition to Motion to Amend, stating: "According to the BOP's Prison Inmate Locator, Petitioner is currently incarcerated at FCI-Yazoo City Low." Doc. 30 at 1. Respondent states that he "made a second attempt at service [of the Motion to Amend Response and all exhibits] via U.S. Mail." *Id*.

Petitioner **SHALL NOTIFY** the Clerk of Court **IN WRITING** of Petitioner's current address within **FOURTEEN DAYS** of the date of this Order. Failure to comply with this Order may result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).[2]

---

[1] The case was transferred from Chief Judge Lipman to the undersigned on March 6, 2026. Doc. 22.

[2] "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule -- except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 -- operates as an adjudication on the merits." Fed. R. Civ. P. 41(b); *see also Ross v. Cauley*, No. 18-6114, 2019 WL 1805019, at *2 (6th Cir. Mar. 29, 2019) (Rule 41(b) permits a district court to dismiss a habeas corpus action for failure to prosecute).

The Clerk **SHALL** mail this Order and the docket to Petitioner at the following address, obtained via the Bureau of Prisons Inmate Locator.

James Van Meerten
Register Number 69301-018
FCI Yazoo City Low
Federal Correctional Institution
P.O. BOX 5000
Yazoo City, MS 39194

Once she has done so, the Clerk **SHALL** file notice on the public docket reflecting the mailing of those items.

**IT IS SO ORDERED** this 9th day of October, 2026.

*s/Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE